**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Terry L. Fazenbaker<br>　　　　Linda L. Fazenbaker<br><br>　　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-70756 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NOTEHOLDERS OF THE CWABS INC., ASSET-BACKED NOTES, SERIES 2006-SD3 and index same on the master mailing list.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ **Brian C. Nicholas**
　　　　　　　　　　　　Brian Nicholas
　　　　　　　　　　　　04 Aug 2022, 08:43:46, EDT

　　　　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☑
　　　　　　　　　　　　Denise Carlon, Esq. (317226) ☐
　　　　　　　　　　　Rebecca A. Solarz, Esq. (315936) ☐
　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　412-430-3594
　　　　　　　　　　　bkgroup@kmllawgroup.com