UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  TERRY L. FAZENBAKER<br>LINDA L FAZENBAKER<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>        vs.<br>  TERRY L. FAZENBAKER<br>LINDA L FAZENBAKER<br><br>         Respondents | Case No. 17-70756JAD<br><br>FILED<br>11/30/22 11:29 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Chapter 13<br><br>Document No. 67 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 30th day of November, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Heartland Employment Svc
Attn: Payroll Manager
Po Box 10086
Toledo, OH 43604-

is hereby ordered to immediately terminate the attachment of the wages of LINDA L FAZENBAKER, social security number XXX-XX-9380. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LINDA L FAZENBAKER.

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-70756-JAD
Terry L. Fazenbaker     Chapter 13
Linda L Fazenbaker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2
Date Rcvd: Nov 30, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry L. Fazenbaker, Linda L Fazenbaker, 255 Clarence Street, P.O. Box 558, Hyndman, PA 15545-0558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE FOR THE NOTEHOLDERS OF THE CWABS INC.,ASSET-BACKED NOTES, SERIES 2006-SD3 bnicholas@kmllawgroup.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-SD3) logsecf@logs.com

Christopher M. McMonagle
    on behalf of Creditor THE BANK OF NEW YORK MELLON et al. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

Denise Carlon
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-SD3) dcarlon@kmllawgroup.com

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Kenneth P. Seitz
    on behalf of Debtor Terry L. Fazenbaker thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Joint Debtor Linda L Fazenbaker thedebterasers@aol.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing  LLC et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Bayview Loan Servicing  LLC et al kdlittleecf@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10