**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Terry L. Fazenbaker**
**Linda L Fazenbaker**
Debtor(s)

Bankruptcy Case No.: 17−70756−JAD

Chapter: 13
Docket No.: 74 − 73

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 23rd of December, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/6/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/15/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/6/23.**

Jeffery A. Deller<br>United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-70756-JAD
Terry L. Fazenbaker  Chapter 13
Linda L Fazenbaker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2
Date Rcvd: Dec 23, 2022     Form ID: 408     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry L. Fazenbaker, Linda L Fazenbaker, 255 Clarence Street, P.O. Box 558, Hyndman, PA 15545-0558 |
| cr | + | Bayview Loan Servicing, LLC et al, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| cr | + | THE BANK OF NEW YORK MELLON, et al., c/o Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14711940 | | Jennie C. Tsai, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14711941 | + | Nationwide, 5503 Cherokee Av Suite 200, Alexandria, VA 22312-2307 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14711936 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 23 2022 22:53:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14711937 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 23 2022 22:53:00 | Bayview Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 14784190 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 23 2022 22:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1839 |
| 14711939 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 23 2022 22:54:00 | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 14711942 | + | Email/Text: bankruptcy@onlineis.com | Dec 23 2022 22:54:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 14817189 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 23 2022 22:54:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 15203945 | | Email/Text: mtgbk@shellpointmtg.com | Dec 23 2022 22:54:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15506212 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 23 2022 22:53:00 | THE BANK OF NEW YORK MELLON ect., C/O Bank of America N.A., PO Box 31785, Tampa, FL 33631-3785 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |

| | | |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14711938 | ##+ | Collection Svc Center, 81 Baltimore St Ste 209, Cumberland, MD 21502-3050 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2022 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE FOR THE NOTEHOLDERS OF THE CWABS INC.,ASSET-BACKED NOTES, SERIES 2006-SD3 bnicholas@kmllawgroup.com

Christopher A. DeNardo
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-SD3) logsecf@logs.com

Christopher M. McMonagle
  on behalf of Creditor THE BANK OF NEW YORK MELLON et al. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

Denise Carlon
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-SD3) dcarlon@kmllawgroup.com

Kenneth P. Seitz
  on behalf of Joint Debtor Linda L Fazenbaker thedebterasers@aol.com

Kenneth P. Seitz
  on behalf of Debtor Terry L. Fazenbaker thedebterasers@aol.com

Kevin Scott Frankel
  on behalf of Creditor Bayview Loan Servicing LLC et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
  on behalf of Creditor Bayview Loan Servicing LLC et al kdlittleecf@gmail.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 10