IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
TERRY L. FAZENBAKER
LINDA L FAZENBAKER
  Debtor(s)

Ronda J. Winnecour
  Movant
    vs.
No Repondents.

Case No.:17-70756 JAD

Chapter 13

Document No.: 73

FILED
2/7/23 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 7th day of February, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.



BY THE COURT:

U.S. BANKRUPTCY JUDGE   jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70756-JAD |
| Terry L. Fazenbaker | Chapter 13 |
| Linda L Fazenbaker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry L. Fazenbaker, Linda L Fazenbaker, 255 Clarence Street, P.O. Box 558, Hyndman, PA 15545-0558 |
| cr | + | Bayview Loan Servicing, LLC et al, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| cr | + | THE BANK OF NEW YORK MELLON, et al., c/o Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14711938 | + | Collection Svc Center, 81 Baltimore St Ste 209, Cumberland, MD 21502-3050 |
| 14711940 | | Jennie C. Tsai, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14711941 | + | Nationwide, 5503 Cherokee Av Suite 200, Alexandria, VA 22312-2307 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 08 2023 00:00:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14711936 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 08 2023 00:00:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14711937 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 08 2023 00:00:00 | Bayview Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 14784190 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 08 2023 00:00:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1839 |
| 14711939 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 08 2023 00:01:00 | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 14711942 | + | Email/Text: bankruptcy@onlineis.com | Feb 08 2023 00:01:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 14817189 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2023 00:00:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 15203945 | | Email/Text: mtgbk@shellpointmtg.com | Feb 08 2023 00:00:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15506212 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 08 2023 00:00:00 | THE BANK OF NEW YORK MELLON ect., C/O Bank of America N.A., PO Box 31785, Tampa, FL 33631-3785 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason   Name and Address**

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 15

| | | |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS INDENTURE TRUSTEE FOR THE NOTEHOLDERS OF THE CWABS INC.,ASSET-BACKED NOTES, SERIES 2006-SD3 bnicholas@kmllawgroup.com

Christopher A. DeNardo
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2006-SD3) logsecf@logs.com

Christopher M. McMonagle
on behalf of Creditor THE BANK OF NEW YORK MELLON  et al. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

Denise Carlon
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2006-SD3) dcarlon@kmllawgroup.com

Kenneth P. Seitz
on behalf of Joint Debtor Linda L Fazenbaker thedebterasers@aol.com

Kenneth P. Seitz
on behalf of Debtor Terry L. Fazenbaker thedebterasers@aol.com

Kevin Scott Frankel
on behalf of Creditor Bayview Loan Servicing  LLC et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
on behalf of Creditor Bayview Loan Servicing  LLC et al kdlittleecf@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 10